IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TOMMY KENDRICK WILLIAMS,   )
                           )
     Plaintiff,            )
                           )   CIVIL ACTION NO.
     v.                    )      2:24cv286-MHT
                           )          (WO)
OFFICE OF GENERAL COUNSEL, )
et al.,                    )
                           )
     Defendants.           )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 23) is adopted.

(2) The motions to dismiss (Doc. 10 and Doc. 18) are granted.

(3) Plaintiff's claims against defendants Alabama Department of Human Resources, Barbour County Department of Human Resources, and Houston County Department of Human Resources are dismissed with

prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed and is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 19th day of March, 2025.

                                                  /s/ Myron H. Thompson
                                            UNITED STATES DISTRICT JUDGE