IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| TOMMY KENDRICK WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:24cv286-MHT |
| | ) | (WO) |
| OFFICE OF GENERAL COUNSEL, | ) | |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this
lawsuit asserting that his placement on the Alabama
Central Registry for Child Abuse and Neglect violated
his rights under the First, Fifth, Sixth, and
Fourteenth Amendments. This lawsuit is now before the
court on the recommendation of the United States
Magistrate Judge that that plaintiff's case be
dismissed without prejudice for failure to follow a
court order. There are no objections to the
recommendation. After an independent and de novo
review of the record, the court concludes that the

magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered

DONE, this the 12th day of May, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE